# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br>     vs.<br><br>ALIA CORPORATION,<br><br>              Defendant.<br>_____/ | CASE NO. CV F 11-1549 LJO BAM<br><br>**ORDER TO VACATE HEARING AND SET BRIEFING SCHEDULE**<br>(Doc. 6.) |

With reassignment of this action, this Court:

1. VACATES the January 9, 2012 hearing on defendant's F.R.Civ.P. 12 motions;

2. ORDERS plaintiff, no later than December 27, 2011, to file and serve opposition papers to defendant's F.R.Civ.P. 12 motions; and

3. ORDERS defendant, no later than January 3, 2012 to file reply papers.

Pursuant to its practice, this Court will consider defendant's F.R.Civ.P. 12 motions on the record without a hearing.  *See* Local Rule 230(g).

IT IS SO ORDERED.

1

Dated:   **December 20, 2011**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE