1  Anna Y. Park, SBN 164242
   U.S. EQUAL EMPLOYMENT
2  OPPORTUNITY COMMISSION
   255 East Temple Street, Fourth Floor
3  Los Angeles, CA 90012
   Telephone:  (213) 894-1108
4  Facsimile:  (213) 894-1301

5
   Rumduol Vuong, SBN 264392
6  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
7  2300 Tulare Street, Suite 215
   Fresno, CA 93721
8  Facsimile: (559) 487-5053
   Telephone: (559) 487-5135
9

10 Attorneys for Plaintiff U.S. EEOC

11

12                 **UNITED STATES DISTRICT COURT**

13                 **EASTERN DISTRICT OF CALIFORNIA**

14
   U.S. EQUAL EMPLOYMENT                ) Case No.:  1:11-CV-01549 LJO BAM
15 OPPORTUNITY COMMISSION,              )
                                        )
16                                      )
              Plaintiff,                ) **STIPULATION TO EXTEND**
17        v.                            ) **DISCOVERY DEADLINES**
                                        )
18 ALIA CORPORATION d/b/a               )
19 MCDONALDS, AND DOES 1-10,            )
   INCLUSIVE,                           )
20                                      )
              Defendants                )
21 _____  )

22

23         Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or

24 "Plaintiff") and Defendant Alia Corporation d/b/a McDonalds ("Defendant"), through their

25 respective counsel of record, hereby stipulate pursuant to Rules 16 and 26 of the Federal Rules of

26 Civil Procedure as follows:

27     **1.  Good Cause to Extend Discovery Deadlines**

28         All parties and counsel for all parties have engaged in good faith efforts to further

   discovery in this case, including exchanging initial disclosures, engaging in written discovery

                                    -1-

1   and the taking of several depositions.  However, there have been reasonable delays in providing

2   responses to written requests and the scheduling of witnesses deposition.  Counsel for both

3   parties have worked cooperatively in providing extensions to deadlines for the purpose of

4   adequately addressing the nature and scope of written discovery and to secure witness testimony.

5          Moreover, the parties are currently engaged in settlement discussions and will need

6   additional time for discovery should these settlement discussions prove unsuccessful.

7          **2.   Stipulation to Extend Discovery Deadlines**

8          The parties stipulate that the original Scheduling Conference Order (ECF No. 25) be

9   amended to reflect the following new deadlines:

10                 a.   All non expert discovery shall be completed before March 8, 2013.

11                 b.   The parties are directed to disclose all expert witnesses, in writing, on or

12                      before March 29, 2013 and to disclose all supplemental experts on or before

13                      April 21, 2013.

14

15         IT IS SO STIPULATED.

16                                              U.S. EQUAL EMPLOYMENT
                                                OPPORTUNITY COMMISSION
17

18   Date:  January 9, 2013            By:     _/s/ *Rumie Vuong*_____
19                                              Rumie Vuong
                                                Attorney for Plaintiff U.S. EEOC
20

21

22                                              BURNHAM BROWN
23

24   Date:  January 9, 2013            By:     _/s/ *Brendan Brownfield*_____
25                                              Brendan Brownfield
                                                Attorney for Defendant Alia Corporation
26

27

28

1

**ORDER**

2          Based on the Stipulation of the parties (Doc. 34), and for good cause shown, the

3    Scheduling Conference Order (Doc. 25) shall be amended as follows:

4          The parties are ordered to complete all non expert discovery on or before **March 8, 2013**.

5          The parties are directed to disclose all expert witnesses, in writing, on or before **March**

6    **29, 2013** and to disclose all supplemental experts on or before **April 21, 2013**.  The written

7    designation of retained and non retained experts shall be made pursuant to Rule 26(a)(2), (A) and

8    (B) of the Federal Rules of Civil Procedure.

9          All other provisions of the Scheduling Conference Order shall otherwise remain in effect.

10

11

12

13   IT IS SO ORDERED.

14      Dated:   **January 9, 2013**              /s/ *Barbara A. McAuliffe*

15                                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28