UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT COMMISSION,<br><br>           Plaintiff,<br>   vs.<br>ALIA CORPORATION,<br><br>           Defendant.<br>_____/ | CASE NO. CV F 11-1549 LJO BAM<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 36.) |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 19, 2013,** to file appropriate papers (including a consent decree) to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the July 24, 2013 pretrial conference and September 4, 2013 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   March 7, 2013**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE